



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Cecil H. Tate
County Attorney
Bailey County
Muleshoe, Texas

Dear Sir:

Opinion No. O-986
Re: Are Federal Migratory Game
Preserves, owned exclusively
by the United States Government,
subject to State and county ad
valorem taxes.

By your letter of June 15, 1939, you request the opinion of this Department upon the liability of Federal Migratory Game Preserves, owned exclusively by the United States of America, to ad valorem taxes of the State and county. In this connection you point out an opinion by Mr. Will J. Tucker, appearing in your local newspaper, to the effect that game preserves are subject to taxation.

The opinion referred to must have concerned the taxability of lands included in State Game Preserves and owned by private citizens, because the rule is established in Texas and all other jurisdictions by the authorities that a State has, under the Constitution of the United States, no power to tax either the property of the United States situated in a State, or the property of any federal agency or instrumentality in such State. This principle of the immunity of the Federal Government to state taxation is too well established to require a discussion of the authorities, and it will suffice to point to the general rule. 40 Tex Jur. p. 24. 26 R. C. L. p. 96, 97.

Moreover, the Legislature of Texas, by Article 7150, Subdivision 4, Revised Civil Statutes of Texas, out of abundant caution, affirmed this existing principle of taxation by providing that "all property, whether real or personal, belonging exclusively

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

to this State, or any political subdivision thereof, or the United States" is exempt from taxation.

Trusting this satisfactorily answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By          Pat M. Neff, Jr.
                   Assistant

APPROVED JUL 14, 1939

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY W R K
CHAIRMAN